# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER S. HARRIS and RANDELEIGH HARRIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; CHASE MORTGAGE FINANCE TRUST MULTI CLASS MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-S1; THE BANK OF NEW YORK TRUST COMPANY; JP MORGAN TRUST; JP MORGAN CHASE BANK; CHICAGO TITLE COMPANY; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; and DOES 1 to 10, Inclusive,<br><br>    Defendants | SACV 12-1110 JST (RNBx)<br><br>**JUDGMENT** |

WHEREAS, on August 14, 2012, the Court granted a Motion to Dismiss Plaintiffs Walter S. Harris and Randeleigh Harris's Complaint, without prejudice. *See* Court Docket No. 9. The Motion to Dismiss was brought by Defendants JPMorgan Chase Bank, N.A. for itself and erroneously sued as JPMorgan Chase Bank; JPMorgan Trust; Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2007-S1; and Bank of New York Trust Company.

WHEREAS, on November 14, 2012, the Court denied Plaintiffs' Motion for Leave to File an Amended Complaint with prejudice. *See* Court Docket No. 25.

NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims in the Amended Complaint of Plaintiffs Walter S. Harris and Randeleigh Harris are DISMISSED with prejudice as to Defendants JPMorgan Chase Bank, N.A. for itself and erroneously sued as JPMorgan Chase Bank; JPMorgan Trust; Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2007-S1; and Bank of New York Trust Company.

SUCH JUDGMENT IS HEREBY ENTERED.

Dated: January 10, 2013

Hon. Josephine Staton Tucker
United States District Court Judge
Central District of California